**DENY and Opinion Filed April 26, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00813-CV

## IN RE TERESA WARD COOPER, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00556-2021**

## MEMORANDUM OPINION
Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

In this original proceeding, relator challenges the trial court's refusal to rule on her "Application for Peremptory Writ of Mandamus, and For Appointment of District Clerk Pro Tempore." Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that she has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record, we conclude that relator has failed to show an abuse of discretion. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus, and we lift the stay issued by our September 22, 2021 order.

Also pending before the Court is relator's September 28, 2021 motion for contempt. Because we conclude that relator is not entitled to such relief, we deny the motion.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

210813f.p05